**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION-
IN U.S. DISTRICT COURT**

**ANDER JAA, Alias Anderson Jefferson**

**COUNT VII: 18 U.S.C. § 2 AND 18 U.S.C § 545
Smuggling Goods into the United States**

18 U.S.C § 545

**PENALTIES:** 5 years imprisonment, a $250,000 fine, 3 years supervised release, and a mandatory special assessment of $100.00.

**COUNT VIII: 18 U.S.C. § 2 AND 18 U.S.C § 545
Smuggling Goods into the United States**

18 U.S.C § 545

**PENALTIES:** 5 years imprisonment, a $250,000 fine, 3 years supervised release, and a mandatory special assessment of $100.00.

**COUNT IX: 8 U.S.C. § 2 AND 18 U.S.C § 545
Smuggling Goods into the United States**

18 U.S.C § 545

**PENALTIES:** 5 years imprisonment, a $250,000 fine, 3 years supervised release, and a mandatory special assessment of $100.00.

**COUNT XII: 18 U.S.C. § 2 AND 18 U.S.C. § 1956
Laundering of Monetary Instruments**

18 U.S.C. § 1956:

**PENALTIES:** 20 years imprisonment; a fine of up to $500,000 or twice the gain or loss from the fraud; a term of supervised release of up to 3 years; and, a mandatory special assessment of $100.00.

**COUNT XIII: 18 U.S.C. § 2 AND 18 U.S.C. § 1956
Laundering of Monetary Instruments**

18 U.S.C. § 1956:

**PENALTIES:** 20 years imprisonment; a fine of up to $500,000 or twice the gain or loss from the fraud; a term of supervised release of up to 3 years; and, a mandatory special assessment of $100.00.

**COUNT XIV: 18 U.S.C. § 2 AND 18 U.S.C. § 1956**
**Laundering of Monetary Instruments**

18 U.S.C. § 1956:

**PENALTIES:** 20 years imprisonment; a fine of up to $500,000 or twice the gain or loss from the fraud; a term of supervised release of up to 3 years; and, a mandatory special assessment of $100.00.

**COUNT XV: 18 U.S.C. § 2 AND 18 U.S.C. § 1956**
**Laundering of Monetary Instruments**

18 U.S.C. § 1956:

**PENALTIES:** 20 years imprisonment; a fine of up to $500,000 or twice the gain or loss from the fraud; a term of supervised release of up to 3 years; and, a mandatory special assessment of $100.00.