# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION- IN U.S. DISTRICT COURT

**DAVID GARCIA**

## COUNT X: 18 U.S.C. § 2 AND 18 U.S.C § 545
## Smuggling Goods into the United States

18 U.S.C § 545

**PENALTIES:** 5 years imprisonment, a $250,000 fine, 3 years supervised release, and a mandatory special assessment of $100.00.

## COUNT XI: 18 U.S.C. § 2 AND 18 U.S.C § 545
## Smuggling Goods into the United States

18 U.S.C § 545

**PENALTIES:** 5 years imprisonment, a $250,000 fine, 3 years supervised release, and a mandatory special assessment of $100.00.

## COUNT XVI: 18 U.S.C. § 2 AND 18 U.S.C. § 1956
## Laundering of Monetary Instruments

18 U.S.C. § 1956:

**PENALTIES:** 20 years imprisonment; a fine of up to $500,000 or twice the gain or loss from the fraud; a term of supervised release of up to 3 years; and, a mandatory special assessment of $100.00.